Grace E. Lowendahl, Suing on Behalf of Herself and Others, Respondent, v. L. Van Bokkelen, Inc., Appellant.

(Argued May 10, 1932; decided July 19, 1932.)

*Frederick H. Wood, Bruce Bromley* and *George F. Shea* for appellant.

*Neil P. Cullom, James E. Freehill* and *Henry W. Steingarten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.